CLERK'S MINUTES

Plaintiff: Boshears, et al
Repr by: Al Thomas

Judge: Bill Wilson
Reporter: Newbury
Courtroom Deputy: MY
Date: 5/15/07

Case No. 4:05CV01052-WRW

v.

Defendant: Certainteed Corp.
Repr by: Kyle Wilson

Court Proceeding: Jury Trial

Time:

8:45a Court calls case; Pretrial

* Motion in limine by plf re engineer — denied;

* 3rd mtn in limine by deft moot;

* mtn in limine re documents by Certainteed

Case No. 4:05CV01052          MINUTES          Page No. 2

Time:

9:37am Court in session;

    jury selection begins; 18 jurors called; Court starts voir dire;

9:45am Court in recess

9:58am Court in session; jury selection continues

10:30a Ptf conducts voir dire;

10:32a Dft conducts voir dire;

10:40am Court in recess for strikes

11:07am Court in session; 12 jurors selected & sworn

Case No. 4.05CV01052                MINUTES                Page No. 3

Time:

11:10am Court gives opening instructions;

11:32am Plf gives opening statement;

11:54a Dft gives opening statement

12:08p Court in recess until 1:35pm

1:47pm Court in session Plf begins testimony

3:00pm Court in recess

3:29pm Court in session

Case No. 4:05CV01052     MINUTES     Page No. 4

Time:

4:40pm Court in recess until 5/16/07 @ 9:00am

9:02am Jury trial - 2nd day
Plf continues testimony

10:05am Court in recess

10:20am Court in session

10:50am Court in recess

11:10am Court in session

11:50am Court in recess until 1:10pm

1:10p Court in session

2:23p Court in recess

Case No. 4:05CV01052        MINUTES           Page No. 5

Time:

2:43p Court in session

3:35p Court in recess

3:55p Court in session

4:30p Court in recess

5/17/07 Jury trial - 5th day

8:45a Court in session - initial jury instruction conf w/lawyers

9:30a Court in session w/jury Pltf continues testimony

10:16am Pltf rests

Case No. 4:05CV01052  MINUTES  Page No. 6

Time:

10:17am Court in recess

Deft presents written motion for directed verdict; motion denied;

10:22a Court in recess until 10:35am

10:38a Court in session

Deft begins testimony

11:30a Court in recess until 1:00pm

1:00pm Court in session

Deft continues testimony

1:35p　Dft rests; no plf rebuttal

1:37p　Court gives closing instructions

1:47p　Plf gives initial closing argument;

2:07p　Court in recess until 2:30 pm

2:23p　Court in session

　　　Dft makes closing argument

2:45p　Dft makes final closing argument.

2:48p　Bailiff sworn; jury begins deliberations

4:20p  Jury returns w/ verdict en favor of deft; judgment to be entered.

4:30p  Court in recess

DO NOT DESTROY
DATE: 5/17/07
TIME: 4:10 pm

NOTE FROM JURY

We the jury have reached a verdict

_____
Juror

ANSWER FROM JUDGE

_____
Judge

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### Little Rock Division

**BOSHEARS, ET AL.**

v.

**CERTAINTEED CORPORATION**

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER: 0501052**

| PRESIDING JUDGE<br>Hon. William R. Wilson | | | PLAINTIFF'S ATTORNEY<br>Albert J. Thomas III | DEFENDANT'S ATTORNEY<br>Kyle Wilson |
|---|---|---|---|---|
| TRIAL DATE(S)<br>May 15, 2007 | | | COURT REPORTER/ECRO OPERATOR | COURTROOM DEPUTY<br>Mary Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | ✓ | 5/15 | Building Layout |
| 2 (A-C) | | | ✓ | 5/15 | Building Plan Views |
| 3 | | | ✓ | 5/15 | Invoices from Robert Hall |
| 4 | | | ✓ | 5/15 | Invoices for repairs from property manager |
| 5 | | | ✓ | 5/15 | Letter from Jeff Kohlstedt |
| 6 | | | ✓ | 5/15 | Letter from Husnu |
| 7 | | | | no | Pictures from Corbett Sanders (Feb 2005) |
| 8 | | | | no | Pictures from Corbett Sanders (Feb 2005) |
| 9 | | | | no | Pictures from Corbett Sanders May 2007 |
| 10 | | | | no | Roof Samples Taken by Corbett Sanders |
| 11 | | | ✓ | 5/15 | Pictures taken by Scott Morrison |
| 12 | | | ✓ | 5/15 | Roof Samples taken by Scott Morrison |
| 13 | | | ✓ | 5/15 | Report of Scott Morrison |
| 14 | | | | 5/16 | Spec Picking Tickets (9 pp) |

| | WITNESSES |
|---|---|
| ① | Gaylon Boshers  5/15 |
| ② | Corbett Sanders |
| | Stephen R. Grummer |
| ④ | Harold Zimmerman |
| ③ | Scott Morrison |
| | David Teasedale |

33092-1
05/15/07

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLON W. BOSHEARS, as Trustee of the
GAYLON W. BOSHEARS REVOCABLE TRUST,
CAROLINE B. BOSHEARS, as Trustee of the
CAROLINE B. BOSHEARS REVOCABLE TRUST,
and WANDA MENASCO, as Trustee of the
FRANKIE BOSHEARS MARITAL TRUST and
BOSHEARS FAMILY TRUST                                    PLAINTIFFS

VS.                        NO. 4-05-CV00001052.WRW

CERTAINTEED CORPORATION                                  DEFENDANT

## CERTAINTEED CORPORATION'S EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| The Hon. William R. Wilson, Jr. | Mr. Albert J. Thomas, III<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, Arkansas 72201 | Mr. Kyle R. Wilson<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 15, 2007 through May 18, 2007 | Christa Newburg | Mary A. Johnson |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJ. | STIP. | REC. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | 1 | | | ✓ | 5/15 | CV of Dan Wilkins |
| | 2 | | | ✓ | 5/15 | Expert Report by Dan Wilkins |
| | 2A | | | ✓ | 5/15 | Expert Report – Photograph 1 |
| | 2B | | | ✓ | 5/15 | Expert Report – Photograph 2 |
| | 2C | | | ✓ | 5/15 | Expert Report – Photograph 3 |
| | 2D | | | ✓ | 5/15 | Expert Report – Photograph 4 |
| | 2E | | | ✓ | 5/15 | Expert Report – Photograph 5 |
| | 2F | | | ✓ | 5/15 | Expert Report – Photograph 6 |
| | 2G | | | ✓ | 5/15 | Expert Report – Photograph 7 |
| | 2H | | | ✓ | 5/15 | Expert Report – Photograph 8 |
| | 2I | | | ✓ | 5/15 | Expert Report – Photograph 9 |

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|---|
| The Hon. William R. Wilson, Jr. | | | | Mr. Albert J. Thomas, III<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, Arkansas 72201 | | | Mr. Kyle R. Wilson<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201 |
| TRIAL DATE(S) | | | | COURT REPORTER | | | COURTROOM DEPUTY |
| May 15, 2007 through May 18, 2007 | | | | Christa Newburg | | | Mary A. Johnson |
| PLF NO. | DEF. NO. | DATE OFFERED | OBJ. | STIP. | REC. | DESCRIPTION OF EXHIBITS | |
| | 2J | | | ✓ | 5/15 | Expert Report – Photograph 10 | |
| | 2K | | | ✓ | 5/15 | Expert Report – Photograph 11 | |
| | 2L | | | ✓ | 5/15 | Expert Report – Photograph 12 | |
| | 2M | | | ✓ | 5/15 | Expert Report – Photograph 13 | |
| | 2N | | | ✓ | 5/15 | Expert Report – Photograph 14 | |
| ~~3~~ | | | | | | ~~Certainteed Warranty~~ w/d | |
| | 4A | | | ✓ | 5/15 | Spec Picking Ticket – 01/19/01 | |
| | 4B | | | ✓ | 5/15 | Spec Picking Ticket – 01/23/01 | |
| | 4C | | | ✓ | 5/15 | Spec Picking Ticket – 05/23/01 | |
| | 4D | | | ✓ | 5/15 | Spec Picking Ticket – 05/07/01, Invoice # 720800 | |
| | 4E | | | ✓ | 5/15 | Spec Picking Ticket – 05/07/01, Invoice # 720821 | |
| | 4F | | | ✓ | 5/15 | Spec Picking Ticket – 08/20/01, Invoice # 780418 | |
| | 4G | | | ✓ | 5/15 | Spec Picking Ticket – 08/20/01, Invoice # 781039 | |
| | 4H | | | ✓ | 5/15 | Spec Picking Ticket – 08/29/01 | |
| | 4I | | | ✓ | 5/15 | Spec Picking Ticket – 09/05/01 | |
| ~~5~~ | | | ✓ | | w/d | ~~Certainteed Letter from Kolstedt to Plaintiff 03/03/05~~ | |
| | 6 | | | ✓ | 5/15 | Certainteed Letter from Kolstedt to Plaintiff 05/17/05 | |
| | 7 | | | ✓ | 5/15 | Photograph – Building D Front | |
| | 8 | | | ✓ | 5/15 | Photograph – Building B Front | |
| | 9 | | | ✓ | 5/15 | Photograph – Trellis Square Sign | |
| | 10 | | | ✓ | 5/15 | Photograph – Building B Front | |
| | 11 | | | ✓ | 5/15 | Photograph – Roof | |
| | 12 | | | ✓ | 5/15 | Photograph – Roof | |
| | 13 | | | ✓ | 5/15 | Photograph – Roof | |
| | 14 | | | ✓ | 5/15 | Photograph – Roof | |

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| The Hon. William R. Wilson, Jr. | | | | Mr. Albert J. Thomas, III<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, Arkansas 72201 | | Mr. Kyle R. Wilson<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201 |
| TRIAL DATE(S) | | | | COURT REPORTER | | COURTROOM DEPUTY |
| May 15, 2007 through May 18, 2007 | | | | Christa Newburg | | Mary A. Johnson |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJ. | STIP. | REC. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
|  | 15 |  |  | ✓ | 5/15 | Photograph – Roof |
|  | 16 |  |  | ✓ | 5/15 | Photograph – Roof |
|  | 17 |  |  | ✓ | 5/15 | Photograph – Roof |
|  | 18 |  |  | ✓ | 5/15 | Photograph – Roof |
|  | 19 |  |  | ✓ | 5/15 | Photograph – Roof |
|  | 20 |  |  | ✓ |  | Photograph – Roof |
|  | 21 |  |  | ✓ |  | Photograph – Roof |
|  | 22 |  |  | ✓ |  | Photograph – Roof |
|  | 23 |  |  | ✓ |  | Photograph – Roof |
|  | 24 |  |  | ✓ |  | Photograph – Roof |
|  | 25 |  |  | ✓ |  | Photograph – Roof |
|  | 26 |  |  | ✓ |  | Photograph – Roof |
|  | 27 |  |  | ✓ |  | Photograph – Roof |
|  | 28 |  |  | ✓ |  | Photograph – Roof |
|  | 29 |  |  | ✓ |  | Photograph – Roof |
|  | 30 |  |  | ✓ |  | Photograph – Roof |
|  | 31 |  |  | ✓ |  | Photograph – Roof |
|  | 32 |  |  | ✓ |  | Photograph – Roof |
|  | 33 |  |  | ✓ |  | Photograph – Roof |
|  | 34 |  |  | ✓ |  | Photograph – Building D Front |
|  | 35 |  |  | ✓ |  | Photograph – Building A Front |
|  | 36 |  |  | ✓ |  | Photograph – Roof |
|  | 37 |  |  | ✓ |  | Photograph – Roof |
|  | 38 |  |  | ✓ |  | Photograph – Roof |
|  | 39 |  |  | ✓ |  | Photograph – Roof |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| The Hon. William R. Wilson, Jr. | Mr. Albert J. Thomas, III<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, Arkansas 72201 | Mr. Kyle R. Wilson<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 15, 2007 through May 18, 2007 | Christa Newburg | Mary A. Johnson |

| PLF NO. | DEF. NO. | DATE OFFERED | OBJ. | STIP. | REC. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | 40 | | | ✓ | 5/15 | Photograph – Roof |
| | 41 | | | ✓ | 5/15 | Photograph – Roof |
| | 42 | | | ✓ | 5/15 | Photograph – Roof |
| | 43 | | | ✓ | 5/15 | Photograph – Roof |
| | 44 | | | ✓ | 5/15 | Photograph – Roof |
| | 45 | | | ✓ | 5/15 | Photograph – Roof |
| | 46 | | | ✓ | 5/15 | Photograph – Roof |
| | 47 | | | ✓ | 5/15 | Photograph – Roof |
| | 48 | | | ✓ | | Photograph – Roof |
| | 49 | | | ✓ | | Photograph – Roof |
| | 50 | | | ✓ | | Photograph – Roof |
| | 51 | | | ✓ | | Photograph – Roof |
| | 52 | | | ✓ | | Photograph – Roof |
| | 53 | | | ✓ | | Photograph – Roof |
| | 54 | | | ✓ | | Photograph – Roof |
| | 55 | | | ✓ | | Photograph – Roof |
| | 56 | | | ✓ | | Photograph – Roof |
| | 57 | | | ✓ | | Photograph – Roof |
| | 58 | | | ✓ | | Photograph – Roof |
| | 59 | | | ✓ | | Photograph – Roof |
| | 60 | | | ✓ | | Photograph – Roof |
| | 61 | | | ✓ | | Photograph – Roof |
| | 62 | | | ✓ | | Photograph – Roof |
| | 63 | | | ✓ | | Photograph – Roof |
| | 64 | | | ✓ | | Photograph – Roof |

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| The Hon. William R. Wilson, Jr. | | | | Mr. Albert J. Thomas, III<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, Arkansas 72201 | | Mr. Kyle R. Wilson<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201 |
| TRIAL DATE(S) | | | | COURT REPORTER | | COURTROOM DEPUTY |
| May 15, 2007 through May 18, 2007 | | | | Christa Newburg | | Mary A. Johnson |
| PLF NO. | DEF. NO. | DATE OFFERED | OBJ. | STIP. | REC. | DESCRIPTION OF EXHIBITS |
| | 65 | | | ✓ | 5/15 | Photograph – Roof |
| | 66 | | | ✓ | 5/15 | Photograph – Roof |
| | 67 | | | ✓ | 5/15 | Photograph – Roof |
| | 68 | | | ✓ | 5/15 | Photograph – Roof |
| | 69 | | | ✓ | 5/15 | Photograph – Roof |
| | 70 | | | ✓ | 5/15 | Photograph – Roof |
| | 71 | | | ✓ | 5/15 | Photograph – Roof |
| | 72 | | | ✓ | 5/15 | Photograph – Roof |
| | 73 | | | ✓ | 5/15 | Photograph – Roof |
| | 74 | | | ✓ | 5/15 | Invoice – Robert Hall – 01/27/01 |
| | 75 | | | ✓ | 5/15 | Invoice – Robert Hall – 05/22/01 |
| | 76 | | | ✓ | 5/15 | Invoice – Robert Hall – 06/05/01 |
| | 77 | | | ✓ | 5/15 | Invoice – Robert Hall – 09/07/01 |
| | | | | | | Documents produced in discovery, including those identified in discovery responses and all exhibits identified by Plaintiffs in their pretrial submissions filed in accordance with the requirements of the Court's scheduling order and the local rules. |
| | 78 | | | | 5/16 | Letter/email from Denise Hanson |

698075-v1

5

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLON W. BOSHEARS, as Trustee of the
GAYLON W. BOSHEARS REVOCABLE TRUST,
CAROLINE B. BOSHEARS, as Trustee of the
CAROLINE B. BOSHEARS REVOCABLE TRUST,
and WANDA MENASCO, as Trustee of the
FRANKIE BOSHEARS MARITAL TRUST and
BOSHEARS FAMILY TRUST                                              PLAINTIFFS

VS.                             NO. 4-05-CV00001052.WRW

CERTAINTEED CORPORATION                                            DEFENDANT

CERTAINTEED CORPORATION'S WITNESS LIST

| PRESIDING JUDGE<br><br>The Hon. William R. Wilson, Jr. | PLAINTIFF'S ATTORNEY<br><br>Mr. Albert J. Thomas, III<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, Arkansas 72201 | DEFENDANTS' ATTORNEY<br><br>Mr. Kyle R. Wilson<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201 |
|---|---|---|
| TRIAL DATE(S)<br><br>May 15, 2007 through May 18, 2007 | COURT REPORTER<br><br>Christa Newburg | COURTROOM DEPUTY<br><br>Mary A. Johnson |

| PLF NO. | DEF. NO. | DATE | DESCRIPTION OF WITNESS |
|---|---|---|---|
|  | 1 | (b) | Dan Wilkins – Defense Expert |
|  | 2 | (2) | Jeff Kohlstedt – Certainteed Employee |
|  | 3 |  | Harold Zimmerman – Certainteed Employee |
|  | 4 | (1) | Mike Jones – Certainteed Employee |
|  | 5 |  | Scott Morrison – Haag Engineering |
|  | 6 |  | David Teasdale – Haag Engineering |
|  | 7 |  | Rick Grummer – Bradco Supply Corp. |
|  |  |  | All witnesses identified by Plaintiffs in their pretrial submissions filed in accordance with the requirements of the Court's scheduling order and the local rules. |

698085-v1                                    1