```
             IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION


GAYLON W. BOSHEARS, as Trustee
of the Gaylon W. Boshears Revocable Trust;
CAROLYN B. BOSHEARS, as Trustee
of the Carolyn B. Boshears Revocable Trust;
WANDA MENASCO, as Trustee of the Frankie
Boshears Marital Trust and the
Boshears Family Trust                                    PLAINTIFFS


       vs.                  4:05CV01052-WRW


CERTAINTEED CORPORATION                                  DEFENDANT
```

## JUDGMENT ON JURY VERDICT

This action came on for trial May 15, 2007, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatory #1 through Interrogatory #4 on May 17, 2007; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that the plaintiffs GAYLON W. BOSHEARS, as Trustee of the Gaylon W. Boshears Revocable Trust; CAROLYN B. BOSHEARS, as Trustee of the Carolyn B. Boshears Revocable Trust; WANDA MENASCO, as Trustee of the Frankie Boshears Marital Trust and the Boshears Family Trust, take nothing on their Complaint filed herein against the defendant, and the same is hereby dismissed.

IT IS SO ORDERED this 21st day of May, 2007.

>   /s/Wm. R. Wilson, Jr.
>   UNITED STATES DISTRICT JUDGE

jdgjyinterog.wpd